Matter of Werner v Kenney

2026 NY Slip Op 02755

May 1, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

IN THE MATTER OF TAMRA J. WERNER, PETITIONER-APPELLANT,

v

KRAIG H. KENNEY, RESPONDENT-RESPONDENT. (APPEAL NO. 2.)

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department

Decided on May 1, 2026

226 CAF 25-00301

Present: Lindley, J.P., Curran, Ogden, Delconte, And Hannah, JJ.

INCLIMA LAW FIRM, PLLC, ROCHESTER (CHARLES P. INCLIMA OF COUNSEL), FOR PETITIONER-APPELLANT.

JOAN DE R. O'BYRNE, ROCHESTER, MICHAEL STEINBERG, FOR RESPONDENT-RESPONDENT.

SCOTT A. OTIS, WATERTOWN, ATTORNEY FOR THE CHILD.

Appeal from an order of the Family Court, Monroe County (Stacey Romeo, J.), entered December 17, 2024, in a proceeding pursuant to Family Court Act article 6. The order directed petitioner to pay respondent $18,000 for legal fees and expenses, plus a fine of $250.

[*1]

It is hereby ORDERED that the order so appealed from is unanimously reversed on the law without costs and the fine and award of legal fees and expenses are vacated.

Same memorandum as in Matter of Werner v Kenney ([appeal No. 1] — AD3d — [May 1, 2026] [4th Dept 2026]).

Entered: May 1, 2026

Ann Dillon Flynn

Clerk of the Court